1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10

11    JACK BENKE,                         )   NO. CV 09-4923-SJO(E)
                                          )
12            Petitioner,                 )
                                          )   ORDER ADOPTING FINDINGS,
13        v.                              )
                                          )   CONCLUSIONS AND RECOMMENDATIONS
14    J. D. HARTLEY,                       )
                                          )   OF UNITED STATES MAGISTRATE JUDGE
15            Respondent.                 )
                                          )
16
      _____)
17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19   Petition, all of the records herein and the attached Report and

20   Recommendation of United States Magistrate Judge.  The Court approves

21   and adopts the Magistrate Judge's Report and Recommendation.

22

23        IT IS ORDERED that Judgment be entered denying and dismissing

24   the Petition without prejudice.

25   ///

26   ///

27   ///

28   ///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein by United States mail on Petitioner and counsel for

4  Respondent.

5

6       LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8       DATED:  March 5, 2010.

9

10

11  _____
                    S. JAMES OTERO
12            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28