**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JACK BENKE, | ) | NO. CV 09-4923-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 5, 2010.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE